NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN J. REINERT,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2023-2281

---

Petition for review of the Merit Systems Protection Board in No. DA-0842-23-0244-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of John J. Reinert's filing, which the court construes as an unopposed motion to voluntarily dismiss the petition for review under Federal Rule of Appellate Procedure 42(b),

2                                                    REINERT v. OPM

IT IS ORDERED THAT:

The motion is granted.  The petition for review is dismissed, and each party shall bear its own costs.

FOR THE COURT

September 15, 2023                    /s/ Jarrett B. Perlow
Date                                 Jarrett B. Perlow
                                     Clerk of Court

ISSUED AS A MANDATE: September 15, 2023